

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In re Livan Otero Rodriguez,           * Original Proceeding

No. 11-24-00050-CR                * March 14, 2024

                                        * Memorandum Opinion by Williams, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has considered Livan Otero Rodriguez's petition for writ of mandamus and concludes that the petition should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the petition is dismissed.